UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Marshall Anthony

Case No.: 17-21067 JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __July 18, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
A) 520 Hidden Hollow, Scotch Plains, NJ    Value about $570,000
B) 31-37 Terrill Rd., Plainfield, NJ    Value about $205,000

Liens on property:
A) Wells Fargo Bank    Balance about $555,900
B) Nationstar Mortgage    Balance about $599,600

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                    Case No. 17-21067-JKS
Marshall C Anthony                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 2        Date Rcvd: Jun 27, 2017
                       Form ID: pdf905       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.
```
db         +Marshall C Anthony,    520 Hidden Hollow,    Scotch Plains, NJ 07076-2027
aty        +Mark T. Gabriel,    Lyons and Associates, P.C.,    Hamon Building,
             76 East Main Street, 2nd Floor,    Somerville, NJ 08876-2312
cr         +Ascension Captial Group Attn: BMW Bank of North Am,     PO BOX 165028,    Irving, TX 75016-5028
516854788  +Advanced Financial S,    785 Central Ave,    New Providence, NJ 07974-1100
516854789  +American Web Loan,    2128 N. 14th Street  #130,    Ponca City, OK 74601-1831
516866530  +BMW Bank of North America Department,     Ascension Capital Group,    P.O. Box 165028,
             Irving, TX 75016-5028
516854791  +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
516854793  +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516854795  +Craner, Satkin, Scheer et al.,    320 Park Avenue,    PO Box 367,    Scotch Plains, NJ 07076-0367
516854799  +Freshview,   6300 S. Syracuse Way,    Suite 200,    Centennial, CO 80111-6722
516854801  +Jamil Quinones,    att: Law Offices of Jeffrey S. Hasson,    320 Cedar Lane,
             Teaneck, NJ 07666-3418
516884228  +Lyons & Associates, P.C.,    76 East Main Street,    Hamon Bld, 2nd Floor,
             Somerville, NJ 08876-2312
516854803  +Marina District Development Co., LLC,     1 Borgata Way,    Atlantic City, NJ 08401-1946
516854804  +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516854805  +O'Brien & Taylor,    175 Fairfield Avenue,    P.O. Box 505,    West Caldwell, NJ 07007-0505
516854807  +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
516854809  +PSEG Services Corp,    80 Park Plaza-T11,    Newark, NJ 07102-4109
516854806  +Pluese Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Att: Jessica A. Kolansky, Esq.,
             Mt. Laurel, NJ 08054-4318
516854810  +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,
             Highlands Ranch, CO 80129-2386
516854812  +Tascha H. Anthony,    247 Westfield Road,    Fanwood, NJ 07023-1168
516854813  +Theresa Lyons, Esq.,    Lyons & Associates, P.C.,    76 East Main Street,
             Somerville, NJ 08876-2312
516854817  +Union County Sheriff,    10 Elizabethtown Plaza,    Elizabeth, NJ 07202-3451
516854818   Union Cty Probation,    32 Winfield Scott Plz,    Elizabeth, NJ 07201
516854819  +United Financial Serv,    320 Park Ave Ste 2a,    Scotch Plains, NJ 07076-1100
516854820  +Virtuoso Sourcing Group,    4500 E Cherry Creek Dr South,    Ste 300,    Glendale, CO 80246-1531
516854822  +Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
516854821  +Vital Recovery Services, LLC,    3795 Data Drive,    Suite 200,
             Peachtree Corners, GA 30092-6534
516854823  +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2017 22:27:30      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2017 22:27:28      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516854790  +E-mail/Text: bk@avant.com Jun 27 2017 22:28:05      Avant Credit Inc.,    640 N. La Salle Street,
             Suite 535,    Chicago, IL 60654-3731
516854792   E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 27 2017 22:24:22      Bmw Financial Services,
             Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
516854794  +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2017 22:28:12      CCS,   PO Box 96,
             Norwood, MA 02062-0096
516854796  +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2017 22:28:12
             Credit Collection Service,    P.O Box 773,   Needham, MA 02494-0918
516854797  +E-mail/PDF: creditonebknotifications@resurgent.com Jun 27 2017 22:24:16      Credit One Bank Na,
             Po Box 98873,   Las Vegas, NV 89193-8873
516854798  +E-mail/Text: ebn@squaretwofinancial.com Jun 27 2017 22:27:57      Fresh View Solutions,
             PO Box 5980,   Denver, CO 80217-5980
516854800   E-mail/Text: cio.bncmail@irs.gov Jun 27 2017 22:27:10      IRS,    PO Box 7346,
             Philadelphia, PA 19101-7346
516854802  +E-mail/Text: bk@lendingclub.com Jun 27 2017 22:28:00      Lending Club Corp.,
             71 Stevenson Street,    Suite 300,   San Francisco, CA 94105-2985
516854808  +E-mail/Text: bankruptcy@prosper.com Jun 27 2017 22:28:02      Prosper Marketplace Inc,
             Po Box 396081,    San Francisco, CA 94139-6081
516861671  +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:14      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
516854811  +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:29      Synchrony Bank/PC Richards & Sons,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516854814  +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2017 22:28:08      Transworld Systems,
             507 Prudential Rd.,    Horsham, PA 19044-2308
516854816  +E-mail/Text: bankruptcydepartment@tsico.com Jun 27 2017 22:28:09      Transworld Systems, Inc.,
             500 Virginia Drive,    Suite 514,   Ft. Washington, PA 19034-2707
                                                                                              TOTAL: 15
```

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Jun 27, 2017
                               Form ID: pdf905             Total Noticed: 43

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516854815    ##+Transworld Systems, Inc.,   2235 Mercury Way, Suite 275,   Santa Rosa, CA 95407-5463
                                                                                      TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor Marshall C Anthony blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Banc of America
               Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey  Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```