UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**MARSHALL C. ANTHONY**
**a/k/a MARSHALL COREY ANTHONY,**

      **Debtors**

Order Filed on August 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-21067-JKS

Judge: John K. Sherwood

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

DATED: August 23, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

2

Debtor: Marshall C. Anthony
Case No.: 17-21067-JKS
Caption of Order: Order Vacating Stay as To Personal Property

Upon consideration of BMW Bank of North America's motion for an order vacating the automatic stay as to certain personal property hereinafter set forth, and good cause appearing therefore it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2012 BMW 5 Series Sedan 4D 550xi AWD**
**V.I.N. WBAFU9C5XCC787808**

United States Bankruptcy Court
District of New Jersey

In re:  
Marshall C Anthony  
    Debtor

Case No. 17-21067-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.  
db            +Marshall C Anthony,    520 Hidden Hollow,    Scotch Plains, NJ 07076-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
         Bruce H Levitt    on behalf of Debtor Marshall C Anthony blevitt@levittslafkes.com,
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com
         Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Banc of America
          Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
          jschwartz@mesterschwartz.com
         Jeffrey Lester    on behalf of Trustee Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com
         Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 6