**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marshall C Anthony <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1299 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–21067–JKS | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marshall C Anthony
aka Marshall Corey Anthony

9/1/17

**By the court:**   John K. Sherwood
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-21067-JKS
Marshall C Anthony                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 2              Date Rcvd: Sep 01, 2017
                                  Form ID: 318             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.
```
db            +Marshall C Anthony,    520 Hidden Hollow,    Scotch Plains, NJ 07076-2027
aty           +Mark T. Gabriel,    Lyons and Associates, P.C.,    Hamon Building,
                76 East Main Street, 2nd Floor,    Somerville, NJ 08876-2312
cr            +Ascension Captial Group Attn: BMW Bank of North Am,     PO BOX 165028,    Irving, TX 75016-5028
516854788     +Advanced Financial S,    785 Central Ave,    New Providence, NJ 07974-1100
516854789     +American Web Loan,    2128 N. 14th Street #130,    Ponca City, OK 74601-1831
516866530     +BMW Bank of North America Department,    Ascension Capital Group,     P.O. Box 165028,
                Irving, TX 75016-5028
516854791     +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
516854795     +Craner, Satkin, Scheer et al.,    320 Park Avenue,    PO Box 367,    Scotch Plains, NJ 07076-0367
516854799     +Freshview,    6300 S. Syracuse Way,    Suite 200,    Centennial, CO 80111-6722
516854801     +Jamil Quinones,    att: Law Offices of Jeffrey S. Hasson,    320 Cedar Lane,
                Teaneck, NJ 07666-3418
516884228     +Lyons & Associates, P.C.,    76 East Main Street,    Hamon Bld, 2nd Floor,
                Somerville, NJ 08876-2312
516854803     +Marina District Development Co., LLC,    1 Borgata Way,    Atlantic City, NJ 08401-1946
516854804     +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516854805     +O'Brien & Taylor,    175 Fairfield Avenue,    P.O. Box 505,    West Caldwell, NJ 07007-0505
516854807     +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
516854809     +PSEG Services Corp,    80 Park Plaza-T11,    Newark, NJ 07102-4109
516854806     +Pluese Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Att: Jessica A. Kolansky, Esq.,
                Mt. Laurel, NJ 08054-4318
516854810     +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,
                Highlands Ranch, CO 80129-2386
516854812     +Tascha H. Anthony,    247 Westfield Road,    Fanwood, NJ 07023-1168
516854813     +Theresa Lyons, Esq.,    Lyons & Associates, P.C.,    76 East Main Street,
                Somerville, NJ 08876-2312
516854817     +Union County Sheriff,    10 Elizabethtown Plaze,    Elizabeth, NJ 07202-3451
516854818      Union Cty Probation,    32 Winfield Scott Plz,    Elizabeth, NJ 07201
516854819     +United Financial Serv,    320 Park Ave Ste 2a,    Scotch Plains, NJ 07076-1100
516854820     +Virtuoso Sourcing Group,    4500 E Cherry Creek Dr South,    Ste 300,    Glendale, CO 80246-1531
516854822     +Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
516854821     +Vital Recovery Services, LLC,    3795 Data Drive,    Suite 200,
                Peachtree Corners, GA 30092-6534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2017 23:47:10      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2017 23:47:04      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516854790     +E-mail/Text: bk@avant.com Sep 01 2017 23:48:01      Avant Credit Inc.,    640 N. La Salle Street,
                Suite 535,    Chicago, IL 60654-3731
516854792      EDI: BMW.COM Sep 01 2017 23:28:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                Po Box 3608,    Dublin, OH 43016
516854794     +EDI: CCS.COM Sep 01 2017 23:28:00      CCS,    PO Box 96,    Norwood, MA 02062-0096
516854793     +EDI: CAPITALONE.COM Sep 01 2017 23:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                Salt Lake City, UT 84130-0253
516854796     +EDI: CCS.COM Sep 01 2017 23:28:00      Credit Collection Service,    P.O Box 773,
                Needham, MA 02494-0918
516854797     +EDI: RCSFNBMARIN.COM Sep 01 2017 23:23:00      Credit One Bank Na,    Po Box 98873,
                Las Vegas, NV 89193-8873
516854798     +EDI: STFC.COM Sep 01 2017 23:33:00      Fresh View Solutions,    PO Box 5980,
                Denver, CO 80217-5980
516854800      EDI: IRS.COM Sep 01 2017 23:28:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516854802     +E-mail/Text: bk@lendingclub.com Sep 01 2017 23:47:51      Lending Club Corp.,
                71 Stevenson Street,    Suite 300,    San Francisco, CA 94105-2985
516854808     +E-mail/Text: bankruptcy@prosper.com Sep 01 2017 23:47:55      Prosper Marketplace Inc,
                Po Box 396081,    San Francisco, CA 94139-6081
516861671     +EDI: RMSC.COM Sep 01 2017 23:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516854811     +EDI: RMSC.COM Sep 01 2017 23:23:00      Synchrony Bank/PC Richards & Sons,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
516854814     +E-mail/Text: bankruptcydepartment@tsico.com Sep 01 2017 23:48:12      Transworld Systems,
                507 Prudential Rd.,    Horsham, PA 19044-2308
516854816     +E-mail/Text: bankruptcydepartment@tsico.com Sep 01 2017 23:48:12      Transworld Systems, Inc.,
                500 Virginia Drive,    Suite 514,    Ft. Washington, PA 19034-2707
516854820     +E-mail/Text: bkr@virtuososourcing.com Sep 01 2017 23:48:37      Virtuoso Sourcing Group,
                4500 E Cherry Creek Dr South,    Ste 300,    Glendale, CO 80246-1531
516854823     +EDI: WFFC.COM Sep 01 2017 23:28:00      Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,
                Des Moines, IA 50306-0438
                                                                                              TOTAL: 18
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 01, 2017
                              Form ID: 318             Total Noticed: 43
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516854815     ##+Transworld Systems, Inc.,   2235 Mercury Way, Suite 275,   Santa Rosa, CA 95407-5463
                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:
```
              Bruce H Levitt    on behalf of Debtor Marshall C Anthony blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Banc of America
               Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```